**ORIGINAL**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 MAY 12 AM 11: 10

CLERK OF COURT

| | | |
|---|---|---|
| JOE REECE ET.AL..,<br>    PLAINTIFFS, | § | |
| v. | § | CIVIL NO. 4:14-CV-226 |
| U.S.BANK NATIONAL ASSO-<br>CIATION,<br>    DEFENDANT. | § | |
| | § | **VERIFIED MOTION** |

## MOTION FOR EXEMPTION FROM ELECTRONIC FILING

**COMES NOW** Joe Reece, Plaintiff, pro-se and interposing his due process rights under *Haines v Kerner*, 404 US 519 (1972) and hereby files his Motion For Exemption from Electronic Filing. In support thereof, Plaintiff Reece submit's the following, to wit;

Plaintiff is under Court order to submit his filed documents electronically or file for an exemption. Plaintiff Reece respectfully requests that this Honorable Court exempt him from filing his Court documents electronically because:

1. He is an individual debtor and is filing pro-se in this Court.

2. He is unlettered at law and computers and is unable to obtain someone capable of electronic filing due to his financial circumstances.

3. Plaintiff did not originally file his complaint in this Court. Defendant removed the case to this Court. Plaintiff attempted to file a pro-se Motion to Remand and was denied due to failure to comply with the electronic filing requirements.

WHEREFORE premises considered herein, Plaintiff respectfully request that he be exempted from filing his documents electronically.

May 12th, 2014

Respectfully submitted,

/Joe Reece/
Joe Reece

## VERIFICATION

I, Joe Reece verify under penalty of perjury that the foregoing is true and correct. 28 USC 1746.

Executed on 12th of May, 2014.

_____
Joe Reece

(3)

## CERTIFICATE OF SERVICE

I, Joe L. Reece, hereby certify that I mailed a true and correct copy of the foregoing Plaintiff's " Verified Motion For Exemption From Electronic Filing", addressed to Counsel of record:

**Wm Lance Lewis**
**R. Kendall Yow**
**2001 Bryan Street, Suite 1800**
**Dallas, Texas 75201**

On this the 12th day of May, 2014.

_____
Joe Reece

(4)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JOE REECE ET.AL.,, <br>     PLAINTIFFS, | § |
| v. | § CIVIL NO. 4:14-CV-226 |
| U.S.BANK NATIONAL ASSO-CIATION, <br>     DEFENDANT. | § |
| | § |

## [PROPOSED] ORDER

**ON THIS DAY** the Court considered the Motion For Exemption From Electronic Filing filed by the Plaintiff Joe Reece. The Court is of the opinion and finds that such Motion is **MERITORIOUS** and should be **GRANTED**. It is therefore:

**ORDERED** that Plaintiff Joe Reece's Motion for Exemption From Electronic Filing is hereby **GRANTED** and Plaintiff is hereby allowed to file all his documents in paper form.

**SIGNED** this ____ day of _____, 2014.

                                                                  **Judge Terry R. Means**