IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

```
JOE REECE, et al.           §
                            §
VS.                         §   CIVIL ACTION NO. 4:14-CV-226-Y
                            §
U.S. Bank, National Association §
```

ORDER GRANTING ECF EXEMPTION

Before the Court is Plaintiff Joe Reece's motion for an exemption from this Court's electronic-case-filing requirements (doc. 10). After review, the Court is satisfied that this accommodation is appropriate and, therefore, GRANTS the motion.

Accordingly, Joe Reece is EXEMPT from the electronic-case-filing requirements of Local Civil Rule 5.1(e). **This exemption applies only to Joe Reece**. The remaining plaintiff in this case, Claudier Reece, has not sought an exemption. Accordingly, Claudier Reece may not sign any pleadings unless she either registers as an ECF user or moves for an exemption from this Court.

Because Joe Reece is unable to electronically access the Court's docket, any document that Defendant files electronically must also be served on Joe Reece using the non-electronic methods authorized by Federal Rule of Civil Procedure 5. Likewise, Joe Reece must serve on Defendant a copy of any document he files, including any proposed orders, using the methods authorized by Rule 5.

SIGNED May 15, 2014.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE